```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------
Ahmad Aboushi,
                    Petitioner,
                                            ORDER
    -vs-
                                            Cr-98-124(FB)
United States of America,

                    Respondent.

----------------------------------------
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 23 2005 ★
BROOKLYN OFFICE

On January 26, 2005 the pro se petitioner filed a supplement to his motion pursuant to Title 28 U.S.C. Section 2255. In his papers he indicates he sent his original motion on June 1, 2002, the Court has never received a motion from the pro se petitioner, therefore there is no case pending. Accordingly it is

HEREBY ORDERED that the pro se petitioner shall send a copy of his original motion dated June 1, 2002 to the Court by <u>March 1, 2005</u>. Upon receipt the Court will open a new civil action and serve the Government.

The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       February 22, 2005

                                      s/Frederic Block
                                      U.S.D.J.

cc.: Ahmad Aboushi, pro se petitioner