UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES

V.

AHMAD ABOUSHI

Case #: CR-98-124

Related Case :

Judge: BLOCK

USCA: 05-7011

-------------------------------------------------x

## FIRST SUPPLEMENTAL RECORD

INDEX PREPARED BY   Mary Ann McGee

ADDRESS:                EDNY

TELEPHONE:         (718) 613-2310

    The document numbers circled on the following pages with the original papers, constitute the record on appeal. The document numbers followed by an (*) are missing. The document numbers which are underscored have been electronically filed and may be found on our website:
                              http://www.nyed.uscourts.gov

Date: 5/5/06

| Date | Doc # | Entry |
|---|---|---|
| 10/26/2001 | | Certified and transmitted 2nd SUPPLEMENTAL INDEX on appeal to U.S. Court of Appeals as to Ahmad Aboushi. Doc# 158 sent only. [179-1] appeal. Acknowledgment requested. (Vasquez, Liz) (Entered: 10/26/2001) |
| 12/13/2001 | | **Case closed as to all defendants: Ahmad Aboushi, Eman Aboushi, Peter Stiebel, Ezz Farraj, Shawn Stiebel, Glen Alan Moore, Narvis Benton, Kevin Eric Green (Dobkin, David) (Entered: 12/13/2001) |
| 12/20/2001 | | Certified copy of docket sheet sent to USCA. [195-1] appeal (Gonzalez, Mary) (Entered: 12/20/2001) |
| 08/13/2002 | 199 | MANDATE OF USCA (certified copy) as to Ahmad Aboushi Re: [195-1] appeal. It is ORDERED that the judgment of the District Court is AFFIRMED. Judge notified. Ackn. sent. USCA# 01-1181. Issued as mandate: 8/7/02. (Jackson, Joshua) (Entered: 08/19/2002) |
| 10/08/2002 | 203 | USCA Order as to Peter Stiebel the appeal having been dismissed 10/02/02 for failure to prosecute. The Court having directed the attorney for Deft/Appellant to reinstate the appeal & file this brief and this direction was not complied with. It is Ordered that the appeal is reinstated by the Court sua sponte & Vivian Shevitz is relieved as counsel for the Deft. It is further ordered that new counsel be appointed pursuant to CJA. Certified on 10/02/02. Judge notified. Ackn mailed. USCA # 01-1678. (Gonzalez, Mary) (Entered: 10/08/2002) |
| 03/17/2003 | | Record on Appeal that was prepared and kept in the CV/CR cabinet is being returned to the file section. (Drayton, Lorraine) (Entered: 03/17/2003) |
| 02/23/2005 | 211 | ORDERED that Ahmad Aboushi shall send a copy of his original motion dated 6/1/2002 to the Court by 3/1/2005. Upon receipt the court will open a new civil action and serve the Government. Signed by Judge Frederic Block, on 2/22/2005. Copies mailed by Chambers. (Barrett, C.) Additional attachment(s) added on 3/9/2005 (Lee, Tiffeny). (Entered: 02/23/2005) |
| 06/09/2005 | | ***Staff Notes: File Returned to File Section (Clark, Shawn) (Entered: 06/09/2005) |
| 05/03/2006 | | ***Staff Notes as to Ahmad Aboushi - Presentence report ordered for V. Mathias. (McGee, Mary Ann) (Entered: 05/03/2006) |
| 05/03/2006 | | ***Staff Notes as to Ahmad Aboushi: Record ordered from the Archives for V. Mathias. (McGee, Mary Ann) (Entered: 05/03/2006) |
| 05/05/2006 | 213 | SEALED PRESENTENCE INVESTIGATION REPORT as to Ahmad Aboushi filed. (McGee, Mary Ann) (Entered: 05/05/2006) |
| 05/05/2006 | | Electronic Index to Record on Appeal as to Ahmad Aboushi sent to US Court of Appeals re 211 Order, For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 05/05/2006) |