The Honorable Frederic Block
U.S. District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York   11201                    2/27/2007


RE: USA. vs. Ahmad Aboushi
    Criminal Case 1:98-cr-00124


Dear Judge:

   Humbly, I am writing your Honor for my current situation, On November 20, 2006 I filed with your Honor motion under Rule 36 Federal Rules of Criminal procedure, to correct and amend the judgement of committment in my case. As of this day no response filed by the government and this court has not issued any instructions on how the parties should proceed.

   Your Honor my motion will resulted in amending the Judgment and commitment in my case, which ultimately will open my case for further consideration of this court and the court then will decide the application of the current law applicable to my situation in light of <u>Booker</u>, and <u>Cunnungham</u>, the recent Supreme Court rulings which will aid me in dealing with the sentencing enhancements I received at the time of my sentencing.

   I would appreciate your kind help in resolving this matter in an expedient manner and may God bless you.

   *please HELP ME*

                                                Respectfully Yours

                                                Ahmad Aboushi
                                                Reg# 50690-004
                                                FCI, Elkton
                                                P.O. Box 10
                                                Lisbon, Ohio 44432

Ahmad Aboushi
REG.# 41506-004
Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
27 FEB 2007 PM 1 L

The Honorable Frederic Block
U.S. District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

11201+1818