Ahmad Aboushi
Reg# 50690-004
FCI, Elkton
P.O. Box 10
Lisbon, Ohio 44432

The Honorable Frederic Block
U.S. District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York  11201

Date: 3/31/2007



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR  6 2007 ★

**BROOKLYN OFFICE**

RE: U.S.A. vs. Aboushi
    98-CR-124 (FB)

Dear Judge:

    Humbley I write to your Honor concerning my current situation and the pending motion before your Honor since November 21, 2006, I have not received any response from the government nor this court order any party to response. The anxiety disappointment in this courts system in receiving timely answers has been a real hardship on my health and daily life activities.

    Respectfully, I am asking your Honor intervention into this matter and have the government response and resolve the matter. The outcome of this motion to correct under Rule 36 will have major impact on my sentence and will result in reduction of my sentence. I am enclosing copy of the filed motion along with this letter for your convenience. Your kind help in this matter is greatly appreciated.

Respectfully Yours

Ahmad Aboushi