UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------

Ahmad Aboushi,

                    Petitioner,                                    ORDER

  -vs-
                                                                   Cr-98-124(FB)
United States of America,


                    Respondent.


----------------------------------------


        On November 20, 2006 the defendant filed a pro se motion
pursuant to Rule 36 of the Federal Rules of Criminal Procedure
requesting that the judgment be amended to reflect that he was not
convicted by the jury of count 17 of the superseding indictment.
The Court has reviewed the trial transcript of August 19, 1999 at
page 3305 lines 5 though 8 where the jury returned a verdict in
open court finding the defendant guilty of count 17 of the
superseding indictment. Accordingly it is

        HEREBY ORDERED that the defendant's pro se motion
pursuant to Rule 36 is DENIED.


        The clerk is directed to mail copies of this notice
to all parties.



DATED: Brooklyn, New York
       April 11, 2007

                                        s/Frederic Block
                                        _____
                                        U.S.D.J.



cc.: Ahmad Aboushi, pro se defendant