United States District Court
Eastern District of New York
Pro Se office Clerk
225 Cadman Plaza East
Brooklyn, New York 11201

Date: 5/2/2007

RE: USA.vs Ahmad Aboushi
    98-CR-124
    Formas Pauperis Application.

Dear Clerk:

Please accept this letter/motion to proceed in forma Pauperis to waive the fees associated with my request of case transcripts, in your letter dated April 23,2007 you have requested the amount of $45.00 fees to obtain these transcripts.

Enclosed please find my application to proceed without pre-payment of fees. Please be advised the transcripts I am requesting present at the sentencing judge champer. His decision was made based on existing records within their control.  see the court order where it made refrence to page 3305 lines 5 through 8, these records will be sufficient in helping to resolve this dispute and conflict.

Your assistance and cooperation is greatly appreciated.

Respectfully Yours

Ahmad Aboushi
Reg# 50690-004
FCI, Elkton
P.O.Box 10
Lisbon, Ohio 44432

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____NEW YORK_____

UNITED STATES OF AMERICA

V.

AHMAD ABOUSHI

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 98-CR-124 (FB)

I, __AHMAD ABOUSHI_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the rel sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? __NO__ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the na and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wa and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state amount received and what you expect you will continue to receive.

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.   N/A

---

4.   Do you own any cash or do you have money in a checking or savings account?

YES____ NO _X_ (Including any funds in prison accounts)
If the answer is yes, state the total value owned.

---

5.   Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
YES____ NO _X_
If the answer is yes, describe the property and state its approximate value.

---

6.   List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.   N/A

---

7.   If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

N/A

---

8.   State any special financial circumstances which the court should consider in this application. Currently I am on IDLE not able to work, and has been incarcerated since 1999. without any income

---

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this ____2____ day of __May_____, 19x 2007

_____
(Signature)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------

Ahmad Aboushi,
        Petitioner,

  -vs-

United States of America,

        Respondent.

-------------------------------------

ORDER

Cr-98-124(FB)

    On November 20, 2006 the defendant filed a pro se motion pursuant to Rule 36 of the Federal Rules of Criminal Procedure requesting that the judgment be amended to reflect that he was not convicted by the jury of count 17 of the superseding indictment. The Court has reviewed the trial transcript of August 19, 1999 at page 3305 lines 5 though 8 where the jury returned a verdict in open court finding the defendant guilty of count 17 of the superseding indictment. Accordingly it is

    HEREBY ORDERED that the defendant's pro se motion pursuant to Rule 36 is DENIED.

    The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       April 11, 2007

                                            U.S.D.J.

cc.: Ahmad Aboushi, pro se defendant

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 19 2007 ★

BROOKLYN OFFICE

United States District Court
Eastern District of New York
Clerk of the Court
225 Cadman Plaza
Brooklyn, New York, 11201

Date: 4/17/2007

RE: U.S.A. vs. Ahmad Aboushi
    Criminal No: 98-cr-124 (FB)

Dear Clerk:

Respectfully, I am requesting copies of the trial transcripts the court relied on in deciding my motion under Rule 36 of the Federal Criminal Procedure. Attached to this request copy of the court's finding and relaince on page 3305 lines 5 through 8, where the jury returned a verdict in open court. I don't have any of these transcripts and would appreciate copy of these pages.

Your assistance and cooperation is greatly appreciated.

RECEIVED
APR 19 2007
PRO SE OFFICE

Respectfully Yours

Ahmad Aboushi
50690-004
FCI, Elkton
P.O. Box 10
Lisbon, Ohio 44432

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**ROBERT C. HEINEMANN**
CLERK of COURT

PLEASE REPLY TO:

✔ Brooklyn Office
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

☐ Central Islip Office
U.S. Courthouse
100 Federal Plaza
Central Islip, N.Y. 11788

**Date**: April 23, 2007

**In Re:** Request for Case Transcript
**Case Number:** 98-CR-124
**To:** Ahmad Aboushi

Dear Sir / Madam,

Your letter requesting copies of documents in the above captioned matter was received.

✔ The case file requested is in the federal archives. A **$45.00 fee** must be provided *for each* file ordered from the Archive Record Center. Please make your check or money order payable to, *"Clerk, U.S. District Court."*

☐ The case file needed to process your request is at the Court of Appeals. We will respond after the file is returned from the Court of Appeals.

☐ The document(s) you requested are not part of the case at this time.

☐ The documents you requested copied are _____ pages @ 50¢ per page, for a total of $_____. Please make your check or money order payable to, *"Clerk, U.S. District Court."*

☐ Other: _____

Yours truly,

Robert C. Heinemann
Clerk Of Court

By: _____
H. Misirlakis
Deputy Clerk

Ahmad Aboushi
Reg# 50690-004
Federal Correctional Institution
Elkton, P.O.Box 10
Lisbon, Ohio 44432

YOUNGSTOWN OH 445
03 MAY 2007 PM 2 T

United States District Court
Eastern District of New York
Clerk of the Court
225 Cadman Plaza East
Brooklyn, New York 11201