```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------
Ahmad Aboushi,
                Petitioner,
                                              ORDER
  -vs-
                                              Cr-98-124(FB)
United States of America,

                Respondent.

---------------------------------------
```

On May 2, 2007 the defendant filed a pro se letter application to proceed in forma pauperis in order to obtain trial transcripts, which his retain trial counsel already possess. Accordingly it is

HEREBY ORDERED that the defendant's pro se letter application is DENIED.

The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       April 11, 2007

                                    s/Frederic Block
                                    _____
                                    U.S.D.J.

cc.: Ahmad Aboushi, pro se defendant