**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-98-0124 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ahmad Aboushi, et al | Final Order of Forfeiture |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$50,000.00 c/o United States Marshal Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza Room G-80 Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Roslyn R. Mauskopf
United States Attorney-EDNY
One Pierrepont Plaza 14th Floor
Brooklyn, NY 11201
    ATTN: Elaine Banar, AUSA

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute as directed in the Final Order of Forfeiture and transfer funds into the Asset Forfeiture Fund.
$50,000.00 ( 98-FBI-004087 ).

Signature of Attorney or other Originator requesting service on behalf of:
Elaine Banar, AUSA  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 718-254-6232
DATE: 6/19/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 6/19/07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/27/2007   Time: pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: $50,000.00 transferred into the asset forfeiture fund on 6/27/07.

PRIOR EDITIONS MAY BE USED                 **1. CLERK OF THE COURT**                 FORM USM-285 (Rev. 12/15/80)

F. #1998R00129
ABOUSHI/fft.ord

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,

   -against-

AHMAD ABOUSHI, et al.,

   Defendants.

------------------------------------------------------x

Cr. No. 98-124(FB)

(Block, J.)

## FINAL ORDER OF FORFEITURE

WHEREAS, in the amended Superseding Indictment, 98-CR-124, pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(p), the United States of America sought forfeiture of the gross proceeds obtained, directly or indirectly, by defendant AHMAD ABOUSHI as a result of the criminal offenses of transporting motor vehicles in interstate commerce, knowing the same to have been stolen, as alleged in Counts 11, 17, 23, 26 and 29 of the Superseding Indictment, and

WHEREAS, on August 19, 1999, the trial jury found defendant AHMAD ABOUSHI, guilty of, inter alia, transporting motor vehicles in interstate commerce, knowing the same to have been stolen, as alleged in Counts 11, 17, 23, 26 and 29 of the Superseding Indictment, and

WHEREAS, on August 20, 1999, the trial jury returned a special verdict of forfeiture against defendant AHMAD ABOUSHI, finding that AHMAD ABOUSHI must forfeit a total of $50,000.00 as property obtained as a result of defendant AHMAD ABOUSHI's criminal

2

offenses of transporting motor vehicles in interstate commerce, knowing the same to have been stolen, as alleged in Counts 11, 17, 23, 26 and 29 of the Superseding Indictment, pursuant to 18 U.S.C. § 982(a)(5)(D), and

WHEREAS, by Preliminary Order of Forfeiture dated September 16, 1999, the Court ordered defendant AHMAD ABOUSHI to forfeit a total of $50,000.00 to the United States as property obtained as a result of the criminal offenses of transporting motor vehicles in interstate commerce, knowing the same to have been stolen, as alleged in Counts 11, 17, 23, 26 and 29 of the Superseding Indictment, and

WHEREAS, notice of this forfeiture has been served on all persons known or believed to have an interest in the above-described property, and no persons have claimed any such interest,

NOW, THEREFORE, IT IS HEREBY FINALLY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant AHMAD ABOUSHI shall forfeit a total of $50,000.00 to the United States as property obtained as a result of the criminal offenses of transporting motor vehicles in interstate commerce, knowing the same to have been stolen, as alleged in Counts 11, 17, 23, 26 and 29 of the Superseding Indictment, pursuant to 18 U.S.C. § 982(a)(5)(D).

2. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall be made part of the sentence of defendant's sentence and included in the judgment of conviction therewith.

3. The United States shall have clear title to the Forfeited Property.

3

4. The Clerk of the Court shall forward four certified copies of this order to Assistant U.S. Attorney David L. Goldberg, U.S. Attorney's Office, One Pierrepont Plaza, 14th Floor, Brooklyn, New York, 11201.

Dated: Brooklyn, New York
      December 12, 2000

SO ORDERED:

s/Hon. Frederic Block

HONORABLE FREDERIC BLOCK
United States District Judge