9.17.07

EDNY Bklyn N.Y.
98.CR.124
Block

# UNITED STATES COURT OF APPEAL
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of October, two thousand and seven,

USA V. Aboushi

**ORDER TO SHOW CAUSE**
**DISMISSAL ON DEFAULT**
Docket Number: 07-2459-cr



FILED
OCT 16 2007
Catherine O'Hagan Wolfe, Clerk
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

An appeal having been filed in this Court on 6/08/2007; and,

Appellant having been advised in the Court Instruction Booklet, www.ca2.uscourts.gov/forms.htm, of the docket fee required to be paid to the Court and the time period within which that fee shall be filed, pursuant to the Federal Rules of Appellate Procedure and the Local Rules of this Court, Civil Appeals Management Plan, Appendix, Part C; and,

Appellant having been further advised that upon the failure to pay the required docket fee the appeal would be subject to dismissal;

IT IS ORDERED, that appellant show cause why the appeal should not be dismissed due to appellant's failure to pay the docket fee by 8/27/07, the date prescribed in the Local Rules of this Court.

Appellant is directed to file with the Court by 11/15/07: 1) an affidavit demonstrating good cause for the default; and, 2) the docket fee or a motion seeking *in forma pauperis* relief. Upon appellant's failure to respond as directed, the appeal will be dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: Ske
Anna Steglich, Deputy Clerk

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk
by_____ Sl_____
DEPUTY CLERK

ISSUED AS MANDATE: JAN 18 2008