HONORABLE FREDERIC BLOCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEWYORK

225 CADMAN PLAZA EAST

BROOKLYN NY 11201

March.8th.2018



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 14 2018 ★

BROOKLYN OFFICE

Re: U.S.A.   V. AHMAD ABOUSHI

Case: 98-CR 1240 (FB)

Dear Judge Block:

   I hope my letter finds you well. I was released from prison on September 28th,2017. I have been trying to get my property back, Driver License, passport, ss card. I wrote a letter and I called The U.S. Attorneys office EDNY, but I have not received a respond to my letter or phone calls, I would appreciate if you can help with this issue. Without them I cannot apply for my driver license, NY Identification, and social security card.

   I greatly appreciate your time and assistance.

Sincerely,
Ahmad Aboushi

Core service group/half way house
104 Gold St. Brooklyn NY,11201

Ahmad Abou h'
Core Services Group
04 Bold St
Brklyn NY 11201

7017 0660 0000 6924 3346

CERTIFIED MAIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 12 2018
BROOKLYN OFFICE

1000
11201

U.S. POSTAGE PAID
BROOKLYN, NY
11220
MAR 08 18
AMOUNT
$6.70
R2303S101687-03

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Bklyn